**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JORDAN L. MOORE,

                      Plaintiff,

    -against-                      18 **CIVIL** 11472 (VB)

                                       **JUDGMENT**

WESTCHESTER COUNTY, SGT. BONDS
#139, R.N. BISHOP, C.O. LEE, and C.C.S.,
Individually and Officially,

                      Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2020, the motions to dismiss are granted and the case is closed. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this court's order would not be taken in good faith, and therefore in forrma pauperis status is denied for the purpose of an appeal.

**Dated:**  New York, New York
           March 30, 2020

                                                  **RUBY J. KRAJICK**
                                                   _____
                                                     **Clerk of Court**
                                **BY:**
                                                     _____
                                                     **Deputy Clerk**